IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                            CRIMINAL ACTION NO. 1:03cr114WJG-JMR-1

KEVIN LASHUN JONES

ORDER GRANTING MOTION FOR SENTENCE REDUCTION

THIS MATTER is before the Court on the motion [50] filed by counsel, George S. Shaddock, on behalf of Defendant Kevin Lashun Jones for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) based upon recent amendments to the sentencing guidelines applicable to offenses involving cocaine base, and the subsequent decision by the United States Sentencing Commission to make this amendment retroactive, pursuant to United States Sentencing Guideline section 1B1.10 effective March 3, 2008.  Also pending before the Court is Defendant's *pro se* motion [51] for sentence reduction.

The Court has considered the recalculation of Defendant's sentencing as submitted by the United States Probation Office [USPO] and the record in this matter, and finds that Defendant's sentence should be reduced to 87 months.  Both the Federal Public Defenders Office, who was appointed by order of this Court, (Ct. R., Doc. 49), to review Defendant's case record and the revised report from USPO and the United States Attorneys Office have submitted written concurrence with this calculation. It is, therefore,

ORDERED AND ADJUDGED, that the motion [50] filed by private defense counsel on behalf of Defendant Kevin Lashun Jones for sentence reduction be, and is hereby, granted.  It is further,

ORDERED AND ADJUDGED that Defendant's sentence be, and is hereby, reduced from 108 months to 87 months.  It is further,

ORDERED AND ADJUDGED that the *pro se* motion [51] of the Defendant for sentence reduction, be, and is hereby denied as moot.  It is further,

ORDERED AND ADJUDGED that all other terms and provisions of the original judgment, (Ct. R., Doc. 35), remain in full force and effect.

SO ORDERED AND ADJUDGED this the 24th day of September, 2008.

*Walter J. Gex III*
UNITED STATES SENIOR DISTRICT JUDGE